UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KIMBERLY JONES,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 2:26-cv-00989-EJY

**ORDER**

Plaintiff filed a Complaint against the Social Security Administration seeking judicial review of the Commissioner of Social Security's decision denying Disability Insurance benefits. ECF No. 6. Under Supplemental Rule 6 for Social Security cases, Plaintiff's Opening Brief was due thirty (30) days after the Administrative Record was filed. Fed. R. Civ. P. Supp. Soc. Sec. R. 6; ECF No. 5. On June 1, 2026, Defendant filed the Administrative Record. ECF No. 9. To date, Plaintiff has not filed her Opening Brief or sought to extend the filing deadline.

Accordingly, IT IS HEREBY ORDERED that Plaintiff must file her opening brief no later than **October 14, 2026**.

IT IS FURTHER ORDERED that failure to timely comply with this order will result in dismissal of the action in its entirety.

Dated this 14th day of September, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE